IN THE MATTER OF PETITION FOR REVIEW OF OPINION
NO. 583 OF THE ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS.

June 27, 1986.

Petition for review of the Advisory Committee on Profession-
al Ethics Opinion Number 583, entitled, *Ex parte Communica-
tions with Professional Boards in Disciplinary Proceedings,*
is granted.

STATE OF NEW JERSEY v. VICTOR PARKER.

June 27, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CARMEN M. TOSADO.

June 27, 1986.

Petition for certification is granted, and the matter is sum-
marily remanded to the trial court for reconsideration of the
sentence imposed in the light of petitioner's conduct, her partial
service of the term of incarceration, the impact on her infant
children of her reimprisonment, and all other relevant factors.

Jurisdiction is not retained.